# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:18CR260 |
| v. | |
| CRYSTAL WILSON, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Justin D. Maines, counsel for Defendant Crystal Wilson, for the dates of May 20, 2019 through May 24, 2019. (Doc. 573.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 18th day of March, 2019.

CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA